UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID THURSTON                                                CIVIL ACTION

VERSUS                                                        NO. 09-013

STATE OF LOUISIANA                                            SECTION: "J"(5)

*******************

**O R D E R**

The Court, having considered the writ application, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's Writ for Supervisory Jurisdiction is dismissed for want of jurisdiction.

New Orleans, Louisiana, this __11th__ day of _____May_____, 2009.

_____
UNITED STATES DISTRICT JUDGE